469 A.2d 304

Commonwealth v. Bolden, Appellant.

Submitted September 30, 1983. John A. Halley, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order reversed and case remanded for further proceedings not inconsistent with this opinion.

POPOVICH, J., concurred in the result.

469 A.2d 305

Commonwealth v. Brooks, Jr., Appellant.

Submitted October 14, 1983. John Allen Roth, for appellant; Margaret E. Picking, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The order of the learned Westmoreland County Court of Common Pleas Judge Joseph A. Hudock is affirmed.